MELANIE D. MORGAN, ESQ.
Nevada Bar No. 8215
JAMIE K. COMBS, ESQ.
Nevada Bar No. 13088
AKERMAN LLP
1635 Village Center Circle, Suite 200
Las Vegas, Nevada 89134
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: melanie.morgan@akerman.com
Email: jamie.combs@akerman.com

*Attorneys for Plaintiffs Bank of America,
N.A. and Federal National
Mortgage Association*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| BANK OF AMERICA, N.A; and FEDERAL NATIONAL MORTGAGE ASSOCIATION,<br><br>Plaintiff,<br><br>vs.<br><br>SIERRA VIEW CONDOMINIUM ASSOCIATION; and RED ROCK FINANCIAL SERVICES, LLC,<br><br><br>Defendants. | **Case No.: 3:17-cv-00384-MMD-WGC**<br><br>**JOINT STIPULATION TO EXTEND SUSPENSION OF DEADLINES PENDING SETTLEMENT** |

Plaintiffs Bank of America, N.A. and Federal National Mortgage Association and defendants Sierra View Condominium Association and Red Rock Financial Services, LLC jointly request the Court extend its order suspending deadlines (ECF No. 34) for an additional sixty (60) days.

On January 30, 2018, the Court issued a minute order suspending deadlines to facilitate the parties' settlement, and ordering the parties to file dismissal documents or a joint status report within

44623560;1

sixty (60) days. The parties have reached a settlement agreement but are still in the process of finalizing the specific terms of the agreement, and respectfully request an additional sixty (60) days to file a stipulation of dismissal.

To preserve judicial economy and as a result of the parties' agreement, the parties request the court suspend all deadlines for an additional sixty (60) days, up to and through May 29, 2018.

Dated this 27th day of March, 2018.

<table>
<tr><td>

**AKERMAN LLP**

/s/ Jamie K. Combs
MELANIE D. MORGAN, ESQ.
Nevada Bar No. 8215
JAMIE K. COMBS, ESQ.
Nevada Bar No. 13088
AKERMAN LLP
1160 Town Center Drive, Suite 330
Las Vegas, NV 89144

*Attorneys for Bank of America and Federal National Mortgage Association*

</td><td>

**KOCH & SCOW, LLP**

/s/ Steven B. Scow
STEVEN B. SCOW, ESQ.
Nevada Bar No. 9906
BRODY R. WIGHT, ESQ.
Nevada Bar No. 13615
11500 South Eastern Avenue, Suite 210
Henderson, Nevada 89052

*Attorneys for Red Rock Financial Services*

</td></tr>
<tr><td>

**TYSON & MENDES LLP**

/s/ Christopher A. Lund
THOMAS E. MCGRATH, ESQ.
Nevada Bar No. 7086
CHRISTOPHER A. LUND, ESQ.
Nevada Bar No. 12435
8275 South Eastern Ave., Ste 115
Las Vegas, NV 89123

*Attorneys for Sierra View Condominuim Association*

</td><td>

</td></tr>
</table>

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE

DATED: __April 2, 2018_____

2

44623560;1

AKERMAN LLP
1635 VILLAGE CENTER CIRCLE, SUITE 200
LAS VEGAS, NEVADA 89134
TEL.: (702) 634-5000 – FAX: (702) 380-8572