MELANIE D. MORGAN, ESQ.
Nevada Bar No. 8215
JAMIE K. COMBS, ESQ.
Nevada Bar No. 13088
AKERMAN LLP
1635 Village Center Circle, Suite 200
Las Vegas, NV 89134
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: melanie.morgan@akerman.com
Email: jamie.combs@akerman.com

*Attorneys for Plaintiffs Bank of America, N.A. and Federal National Mortgage Association*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| BANK OF AMERICA, N.A; and FEDERAL NATIONAL MORTGAGE ASSOCIATION, <br><br> Plaintiff, <br><br> vs. <br><br> SIERRA VIEW CONDOMINIUM ASSOCIATION; and RED ROCK FINANCIAL SERVICES, LLC, <br><br> Defendants. | Case No.: 3:17-cv-00384 <br><br> **STIPULATION AND ORDER OF FINAL JUDGMENT CONFIRMING EXISTENCE AND VALIDITY OF DEED OF TRUST** |

Plaintiff Bank of America, N.A. (**BANA**) and defendants Sierra View Condominium Association (**Sierra**) and Red Rock Financial Services, LLC (**Red Rock**) through their counsel of record, stipulate as follows:

1.     This matter relates to real property located 3000 Green Drive, Carson City, Nevada, 89701, APN 008-601-09 (the **Property**).  The Property is more specifically described as:

**Unit 9 as shown on the map of Park Terrace Subdivision Unit No. 2-A, filed in the Office of the Carson City Recorder, on January 11, 1973 in Book 2 of Maps, Page 392 as File No. 15467.**

**With the Appurtenances Thereto.**

AKERMAN LLP
1635 Village Center Circle, Suite 200
LAS VEGAS, NEVADA 89134
TEL.: (702) 634-5000 – FAX: (702) 380-8572

**AKERMAN LLP**

1635 Village Center Circle, Suite 200
LAS VEGAS, NEVADA 89134
TEL.: (702) 634-5000 – FAX: (702) 380-8572

1       2.       BANA, as servicer for Fannie Mae, is the beneficiary of record of a Deed of Trust that

2   encumbers the Property and was recorded on December 7, 2007, as File No. 374619, in the Official

3   Records of Carson City, Nevada (the **Deed of Trust**).

4       3.       On January 15, 2014, Sierra View recorded a Foreclosure Deed as File No. 441639 of

5   the Official Records of Carson City, Nevada (the **HOA Foreclosure Deed**), reflecting that Sierra View

6   purchased the Property at its foreclosure sale of the Property conducted on December 5, 2013 (the

7   **HOA Sale**). Sierra View has not transferred its interest in the Property and is still the title holder of

8   record.

9       4.       On June 20, 2017, BANA and Fannie Mae initiated a quiet title action against Sierra

10   View in the United States District Court, District of Nevada, Case No. 3:17-cv-00384 (the **Quiet Title**

11   **Action**).

12       5.       Fannie Mae, BANA, and Sierra View have entered a confidential settlement agreement

13   in which they have settled all claims between them in this case. This stipulation and order applies to

14   the matters addressed in this particular case only and has no relevance to any other matter.

15   / / /

16   / / /

17   / / /

18   / / /

19   / / /

20   / / /

21   / / /

22   / / /

23   / / /

24   / / /

25   / / /

26   / / /

27   / / /

28   / / /

APN 008-601-09
43821645;1

1   6.     The Deed of Trust survived and was not extinguished in any capacity by the HOA Sale.

2   The Deed of Trust remains a valid encumbrance against the Property following the recording of the

3   HOA Foreclosure Deed, and Sierra View's interest in the Property is subject to the Deed of Trust.

4         DATED this 11th day of May, 2018.

**AKERMAN LLP**                                          **KOCH & SCOW, LLP**

*/s/ Jamie K. Combs*                                    */s/ Steven B. Scow*
MELANIE D. MORGAN, ESQ.                                  STEVEN B. SCOW, ESQ.
Nevada Bar No. 8215                                      Nevada Bar No. 9906
JAMIE K. COMBS, ESQ.                                     BRODY R. WIGHT, ESQ.
Nevada Bar No. 13088                                     Nevada Bar No. 13615
AKERMAN LLP                                              11500 South Eastern Avenue, Suite 210
1635 Village Center Circle, Suite 200                   Henderson, Nevada 89052
Las Vegas, NV 89134

*Attorneys for Bank of America*                          *Attorneys for Red Rock Financial Services*

**TYSON & MENDES LLP**

*/s/ Christopher A. Lund*
THOMAS E. MCGRATH, ESQ.
Nevada Bar No. 7086
CHRISTOPHER A. LUND, ESQ.
Nevada Bar No. 12435
8275 South Eastern Ave., Ste 115
Las Vegas, NV 89123

*Attorneys for Sierra View Condominuim
Association*

1

## ORDER

2   Based on the above stipulation between plaintiffs Bank of America, N.A. (**BANA**) and Federal

3   National Mortgage Association (**Fannie Mae**) and defendants Sierra View Condominium

4   Homeowners Association (**Sierra View**) and Red Rock Financial Services, LLC (**Red Rock**), the

5   Parties' agreement, and good cause appearing therefore,

6   IT IS ORDERED that the Deed of Trust recorded in the Official Records of Carson City,

7   Nevada against the real property located at 3000 Green Drive, Carson City, Nevada, 89701, APN 008-

8   601-09 (the **Property**) on December 7, 2007, as File No. 374619, was not extinguished, impaired, or

9   otherwise affected by the foreclosure sale of the Property conducted by Sierra View and Red Rock on

10  December 5, 2013 or the recording of the HOA Foreclosure Deed in the Official Records of Carson

11  City, Nevada, on January 15, 2014, as File No. 441639, reflecting that Sierra View purchased the

12  Property at the HOA Sale. Sierra View's ownership interest in the Property is subject to the Deed of

13  Trust.

14  IT IS FURTHER ORDERED that Plaintiffs shall be entitled to record this STIPULATION

15  AND ORDER CONFIRMING VALIDITY OF DEED OF TRUST in the Official Records of Carson

16  City, Nevada in accordance with the rules of the Recorder's Office.

17  IT IS FURTHER ORDERED that this order constitutes the final judgment of this Court,

18  resolving all claims in this case with prejudice, each party to bear its own fees and costs.

19  DATED this <u>14th</u> day of <u>May</u>, 2018.

20

21  _____
    DISTRICT COURT JUDGE

22  Respectfully submitted by:

23  **AKERMAN LLP**

24  _/s/ Jamie K. Combs_
    Melanie D. Morgan, Esq.

25  Jamie K. Combs, Esq.
    1635 Village Center Circle, Suite 200

26  Las Vegas, Nevada 89134
    Telephone:   (702) 634-5000

27  Facsimile:   (702) 380-8572
    melanie.morgan@akerman.com

28  jamie.combs@akerman.com

APN 008-601-09

43821645;1